[No. 1146-2.  Division Two.  · October 17, 1974.]

MERCER PETERSEN, INC., *Respondent*, v. RALPH A. PITTS *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 53572, J. Guthrie Langsdorf, J., entered June 21, 1973. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 2474-1.  Division One.  October 21, 1974.]

THE CITY OF SEATTLE, *Respondent*, v. HARREE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. ·64238, Cornelius C. Chavelle, J., entered July 11, 1973. *Dismissed* by unpublished per curiam opinion.

[No. 2578-1.  Division One.  October 21, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST EUGENE CHANDLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 63389, William C. Goodloe, J., entered September 28, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Williams, JJ.

[No. 2539-1.  Division One.  October 21, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. RYK E. LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 64496, Lloyd W. Bever, J., entered September 14, 1973. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris and James, JJ.